■ In the Matter of Robert Stein, on behalf of Phillip Bermudez, Petitioner, v Allen M. Myers, as Justice of the Supreme Court, Respondent. —Petition in this article 78 proceeding, in the nature of prohibition, unanimously dismissed, without costs and without disbursements, for lack of standing, Phillip Bermudez, on whose behalf the application is made, being a fugitive from justice. (Cf. *Molinaro v New Jersey,* 396 US 365; *People v Del Rio,* 14 NY2d 165, 169; *People v Genet,* 59 NY 80; *People v White,* 49

AD2d 719.) Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Yesawich, JJ.